UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No.
23-MJ-00136-SMM

USA

v.

MAXIME AUGUSTIN

FILED BY_____ D.C.

APR 20 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

LETTER TO PROSECUTOR

While I requested to proceed
PRO SE, I filed a motion
to dismiss on April 16, 2026.
This letter is to all prosecuting
officers on why the dismissal
is in the best interest of
the USA, Maxime Augustin:

"Based on facts presented,
I exposed high level of
circumvention as to the fact
that multiple financial institutions
circumvented the prepaid accounts
of people of the United
States of America of which
were

1

created by the constitution and Acts of 1933. The Bankers are the true richest people of the world not Elon Musk. The political hypnosis of this Nation is growing greatly. As you could find online that there is extremist that are against Jews and Congress. We can not afford this type of intelligence to be made public because if the American people knew that the Bankers had circumvented the banking information deriving from the back of their social security card it could cause mass hysteria. The American people are already upset with the allegations of Political Figures and multibillionaire tycoons. The USA is a beautiful

country. We can keep it that way. Its in the hands of the prosecutorial powers that may dismiss the case entirely to do so. I have no intention of being a hateful person to others but there is people out there that are looking for an excuse to target Jews, Political Figures, and the Super Rich. It is within the United States of America prosecutorial powers to create any reason as to why the case is dismissed to protect themselves and the people that are governed. This is a quote by Henry Ford "It is well enough that people of the nation do not understand our banking and monetary system, for if they did, I believe there would be a

3

revolution before tomorrow morning."

Unsealing the case to prosecute could potentially discourage the Federal Reserve Banks and Foreign Countries from buying U.S. Treasury bonds. The United States of America does not need replacements of their official currency. It is perfect the way it is, as perfect as Israel.

THEREFORE the prosecution can create any reason to why they did not prosecute Maxime Augustin.

Under Penalty of Perjury, the statements are true and correct

*Maxime Augustin*
Maxime Augustin
PRO SE

Maxime Augustin
2094 SW Brisbane St.
Port St. Lucie, FL 34984

' 34984
929-703-3222

Case 2:23-mj-00136-SMM   Document 6   Entered on FLSD Docket 04/20/2026   Page 5 of 6

Maxime Augustin
2094 SW Brisbane St
Port St. Lucie, FL 34984

MIAMI FL 330

18 APR 2026  PM 2  L

U.S. District Court
101 N US Hwy 1
Fort Pierce, FL  34950

Legal
Filing

RECEIVED
APR 20 2026
CLEARED FTP
X-RAY

34950-428599

