**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-mj-00136-SMM**

**UNITED STATES OF AMERICA,**

**v.**

**MAXIME AUGUSTIN,**

      **Defendant.**

_____/

**NOTICE OF INTENT TO CORRECT SCRIVENER'S ERROR IN COMPETENCY REPORT**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Intent to Correct Scrivener's Error in Competency Report due to conflicting statements in Dr. Rodolfo A. Buigas' June 14, 2026, Competency Report. The government's position statement regarding Defendant's Competency is based on the stated opinion in Dr. Buigas' 14-page report. A corrected report will be provided to the Court, under seal, and to appointed counsel for Defendant.

                              Respectfully Submitted,

                              JASON A. REDING QUIÑONES
                              UNITED STATES ATTORNEY

        By:    */s/ Breezye Telfair*_____
               Breezye Telfair
               Assistant United States Attorney
               Florida Bar No. 18055
               99 Northeast 4th Street
               Miami, Florida 33132-2111
               Tel: (305) 961-9329
               Email: Breezye.Telfair@usdoj.gov